UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIRECTV, INC., a California corp., ) | |
| ) | CV 04 3093 AAM |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL AND |
| ) | ORDER CLOSING FILE |
| JASON HURST, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Fed.R.Civ.P. 41(a)(1), Defendant Jason Hurst is dismissed from this matter with prejudice and without attorneys fees or costs, and the file shall be CLOSED.

**IT IS SO ORDERED.**

DATED this 24th day of October, 2005.

        s/ Alan A. McDonald
        ALAN A. McDONALD
        Senior United States District Judge

**ORDER OF DISMISSAL AND
ORDER CLOSING FILE**